IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN DEILY and DAVID LITTLE, individually and on behalf of all similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLSPEC INDUSTRIES, LLC, also d/b/a MARCELLUS GAS FIELD SERVICES, LLC, also d/b/a ALLEGHENY LOG HOMES, LLC, also d/b/a CLEARWATER HOMES; MICHAEL VERONA,<br><br>Defendants | CIVIL ACTION NO. 10-01661 |

## ORDER OF COURT

AND NOW, to-wit, this 18th day of April, 2011, it is hereby Ordered that Plaintiffs' Motion for Permission to File Amended Complaint is granted.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge

Consented to by:

s/David V. Weicht, Esq. (by permission)
David V. Weicht, Esq.
Attorney for Defendants