IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN DEILY and DAVID LITTLE, individually and on behalf of all similarly situated employees,<br><br>      Plaintiffs,<br><br>vs.<br><br>MILLSPEC INDUSTRIES, LLC, et.al.<br><br>      Defendants | CIVIL ACTION NO. 10-01661 |

### STIPULATION FOR DISMISSAL

The parties hereby stipulate to the dismissal of the above matter with prejudice.

/s/ Melvin L. Vatz
Melvin L. Vatz (PA ID No. 23655)
mlv@ggvlaw.com
Grossinger Gordon Vatz, LLP
1000 Law & Finance Building
Pittsburgh, PA 15219
Telephone: (412) 391-3030
Counsel for Plaintiffs

/s/ David V. Weicht
David V. Weicht (PA ID No. 65191)
dweicht@leechtishman.com
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219
(412) 261-1600
Counsel for Defendants

SO ORDERED, this 2nd day of September, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge